**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEBORAH RUTH SPICELAND,

        Plaintiff,

vs.                                          Case No.  3:12-cv-226-J-34TEM

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris' Report and Recommendation (Dkt. No. 6; Report), entered on March 9, 2012. In the Report, Magistrate Judge Morris recommends that Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. No. 2) be denied and that Plaintiff be allowed ninety (90) days to pay the filing fee. See Report at 3. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. No. 2) is **DENIED**.

3. Plaintiff shall have up to and including **July 6, 2012**, to pay the filing fee.

4. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this action without further notice for failure to prosecute.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of April, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record
Pro Se Party